ALICE W. BARNUM et al., Respondents, v. MINNIE ROME et al., Appellants.— In an action to restrain defendants from violating a zoning ordinance and for other relief, order denying defendants' motion to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action, affirmed, with $10 costs and disbursements, with leave to defendants to answer

within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.